Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Elyssa Martinez (State Bar No. 355589)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
nick@ferrarovega.com / lauren@ferrarovega.com
elyssa@ferrarovega.com

*Attorneys for Plaintiff Eric William Oliverio-Still*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILLIAM OLIVERIO-STILL, individually and on behalf of others similarly,<br><br>              Plaintiffs,<br><br>    vs.<br><br>AVMAC LLC, a Virginia limited liability company,<br><br>              Defendant. | Case No. 3:24-CV-00870-L-DEB<br><br>*Hon. M. James Lorenz*<br>*Courtroom 5B*<br><br>**PLAINTIFF'S NOTICE OF *UNOPPOSED* MOTION AND MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**<br><br><u>Motion for FLSA Approval Hearing:</u><br>Date:    January 26, 2026<br>Time:    10:30 a.m.<br><br>Action Filed: May 16, 2024<br><br>[PURSUANT TO LOCAL RULES, NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT] |

PLEASE TAKE NOTICE that on January 26, 2026 at 10:30 a.m. or as soon thereafter as may be heard in Courtroom 5B of the above-captioned court, located at 221 West Broadway, San Diego, CA 92101, the Honorable M. James Lorenz presiding, Plaintiff Eric William Oliverio-Still ("Plaintiff"), will, and hereby does move this Court for approval of the FLSA Collective Action Settlement Agreement he entered into with Defendant AVMAC LLC ("Defendant"), including payments to the Opt-Ins according to the Distribution Plan set forth therein, assignment of Settlement Administration duties to CPT Group, Inc., Service Award payment to the Named Plaintiff, and an award of attorneys' fees and cost payments to Plaintiff's Counsel.

This motion is made on the grounds that the Settlement Agreement is the product of arms-length, good-faith negotiations; is fair, reasonable, and adequate to the Opt-Ins; and should be approved, for the reasons set out in the Memorandum of Points and Authorities.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of Nicholas J. Ferraro, the proposed Order Approving FLSA Collective Action Settlement Agreement, the Court's record of this action; all matters of which the Court may take notice; and oral and documentary evidence presented at the hearing on the motion.

This motion is unopposed by Defendant.

Respectfully submitted,

Dated: December 18, 2025         *Ferraro Vega Employment Lawyers, Inc.*

                                 /s/ Nicholas J. Ferraro
                                 _____
                                 Nicholas J. Ferraro
                                 Lauren N. Vega
                                 Elyssa Martinez
                                 *Attorneys for Plaintiff Eric William Oliverio-Still*

- 1 -

PLAINTIFF'S NOTICE OF *UNOPPOSED* MOTION AND MOTION FOR APPROVAL OF
FLSA COLLECTIVE ACTION SETTLEMENT